1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CAMERON MICHAEL WELCH,                      No.  2:21-cv-2344 AC P

12                      Plaintiff,

13            v.                                   ORDER

14    WELLPATH DIRECTOR, et al.,

15                      Defendants.

16

17            Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19    U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his inmate trust account

20    statement for the six-month period immediately preceding the filing of the complaint.  See 28

21    U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his

22    inmate trust account statement.  It is not necessary for plaintiff to submit another application for

23    leave to proceed in forma pauperis.

24            In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the

25    service of this order, plaintiff shall submit a certified copy of his inmate trust account statement

26    for the six-month period immediately preceding the filing of the complaint.  Plaintiff's failure to

27    ////

28    ////

                                                     1

1   comply with this order will result in a recommendation that this action be dismissed without

2   prejudice.

3   DATED: December 22, 2021

4

ALLISON CLAIRE
5   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28